UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY J. KEMP** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 14-944** |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | **SECTION: "G" (3)** |

## ORDER

Considering the Plaintiff's unopposed "Motion to Preliminarily Approve the Class Settlement, Conditionally Certify the Settlement Class, Direct Notice to the Class, and Schedule a Final Approval Hearing,"[1]

**IT IS ORDERED** that a preliminary hearing on the pending motion is set for Friday, May 29, 2015 at 10:00 a.m.

**IT IS FURTHER ORDERED** that the parties file a joint list of any witnesses they intend to call and/or exhibits they intend to use at the hearing no later than 5:00 p.m. on May 21, 2015.

**NEW ORLEANS, LOUISIANA**, this   6th   day of May, 2015.

*[signature: Nannette Jolivette Brown]*

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 32.