UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARY J. KEMP** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 14-0944** |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | **SECTION: "G" (3)** |

# ORDER

On May 29, 2015, the Court held a hearing on Plaintiff's unopposed "Motion to Preliminarily Approve the Class Settlement, Conditionally Certify the Settlement Class, Direct Notice to the Class, and Schedule a Final Approval Hearing."[1] Considering the concerns expressed by the Court and the representations made by the parties with respect to the proposed opt-out procedure for putative class members,

**IT IS HEREBY ORDERED** that the parties file a revised proposed Notice to the Settlement Class;[2] a revised proposed "Order Preliminarily Approving Class Settlement, Conditionally Certifying Settlement Class, and Providing for Notice;"[3] and, if necessary, a revised Settlement Agreement[4] by 5:00 p.m. on May 29, 2015.

**NEW ORLEANS, LOUISIANA**, this __29th__ day of May, 2015.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 32.

[2] *See* Rec. Doc. 32-4.

[3] *See* Rec. Doc. 32-3 at p. 8.

[4] *See* Rec. Doc. 32-6.