UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY J. KEMP | CIVIL ACTION |
| V. | NO. 14-944 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | SECTION G (3) |

**ORDER GRANTING JOINT MOTION TO AMEND FINAL APPROVAL ORDER**

Considering the foregoing Joint Motion to Amend Final Approval Order:

IT IS ORDERED that the Motion be and is hereby GRANTED and the claims administrator is authorized to distribute the remaining $285.16 of the settlement funds to the National Disability Rights Network. The Court's Final Approval Order shall be deemed amended consistent with the foregoing.

New Orleans, Louisiana, this __1st__ day of May 2017.

_____
UNITED STATES DISTRICT JUDGE

{W5864367.1}